B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pretty Girl, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-3670589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1407 Broadway**<br>**Suite 3505**<br>**New York, NY**                          ZIP Code<br>**10018** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pretty Girl, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pretty Girl, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Sanford P. Rosen**
Signature of Attorney for Debtor(s)

**Sanford P. Rosen (SR-4966)**
Printed Name of Attorney for Debtor(s)

**Rosen & Associates, P.C.**
Firm Name

**747 Third Avenue**
**New York, NY 10017-2803**

_____
Address

            **Email: srosen@rosenpc.com**
**(212) 223-1100  Fax: (212) 223-1102**
Telephone Number

**July  2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert Nigri**
Signature of Authorized Individual

**Albert Nigri**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  2, 2014**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                                    Chapter 11

Pretty Girl, Inc.,                                       Case No.

                            Debtor.
----------------------------------------------------------x

### DECLARATION OF ALBERT NIGRI
### PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY
### RULES FOR THE SOUTHERN DISTRICT OF NEW YORK

Albert Nigri declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.      I am the sole officer, director, and shareholder of Pretty Girl, Inc. ("**Pretty
Girl**"), the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11
case.  In this capacity, I am familiar with the day-to-day operations, business, and financial
affairs of the Debtor.

2.      I submit this Declaration pursuant to Rule 1007-2 of the Local Bankruptcy
Rules for the Southern District of New York (the "**Local Rules**") to assist this Court and other
parties in interest in understanding the circumstances giving rise to the commencement of this
chapter 11 case.

3.      Except as set forth below, all facts set forth in this Declaration are based
upon my personal knowledge and/or information provided to me concerning the operations and
financial affairs of the Debtor.  If called upon to testify, I would testify competently to the facts
set forth below.  I am authorized to submit this Declaration on behalf of the Debtor.

4.      The Debtor is a corporation organized under the laws of the state of New
York that maintains its offices at 1407 Broadway, New York, NY, 10018.  The Debtor has
elected under the Internal Revenue Code to be treated as an S corporation.  Accordingly, the

Debtor is not a tax paying entity; rather, I, as the shareholder of the Debtor, am taxed on the Debtor's taxable income.

5.      The Debtor, which was founded in 1985, manages twenty-seven (27) individually incorporated and operated retail stores (the "**Stores**") that sell fashionable junior, missy, and plus-size clothing, accessories, and footwear to price-conscious women.  Twenty-five (25) of the Stores are located in New York and New Jersey and one is located in each of Chicago, IL and Philadelphia, PA.  I also am the 100% shareholder of each of the Stores.

6.      The Debtor, in addition to providing administrative and management services to each of the Stores, purchases inventory for its own account from a non-debtor affiliate as a wholesale distributor and each of the Stores purchase its inventory from the Debtor exclusively.  Accordingly, the Debtor's principal assets consist of its inventory and accounts receivable generated from its sale of inventory to the Stores.

7.      For the year ended June 30, 2014, the Debtor had net sales of approximately $17.1 million and generated a loss from operations of approximately $4.33 million.  As of June 30, 2014, its books and records reflect assets totaling approximately $10.76 million and liabilities totaling approximately $12.27 million.  As of June 30, 2014, the Debtor's unsecured trade debt aggregated approximately $4.22 million.

8.      The Debtor's business has suffered as a result of the weak economic recovery from the recession, which has particularly affected the buying habits of the Stores' cost-conscious customers.  Because the Debtor's losses have impaired its ability to satisfy timely its obligations to vendors, a financial restructuring is essential.

9.      In addition, a judgment was entered against the Debtor on June 13, 2014 by the United States District Court for the Eastern District of New York in the amount of

$3,365,000.00. The judgment arose from an action by an employee of one of the Stores which sought damages based upon claims of a "hostile work environment," assault and battery, and negligence.

10.    The Debtor commenced its chapter 11 case to afford it a centralized forum for the restructuring of its various obligations. It also did so in order to avoid possible precipitous action by the judgment creditor, among others, which could have resulted in an *ad hoc* piecemeal exercise of remedies that would have jeopardized the Debtor's enterprise value.

11.    The Debtor believes chapter 11 will afford it the opportunity to propose, confirm and consummate a plan of reorganization that will be in the best interests of its estate and all of its creditors and ensure the Debtor's health and growth for years to come.

## Information Required by Local Rule 1007-2

12.    Local Rule 1007-2 requires the Debtor to disclose certain information. This information is outlined below and set forth in the schedules attached hereto.

13.    Pursuant to Local Rule 1007-2(a)(4), the Debtor is required to set forth the following information with respect to the holders of its twenty (20) largest unsecured claims, excluding claims of insiders: the creditor's name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), and telephone number; the name(s) of persons(s) familiar with the Debtor's accounts, if any; the amount of the claim; and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured. Such information is set forth in Exhibit "A" attached hereto.

14.    Pursuant to Local Rule 1007-2(a)(5), the Debtor is required to set forth the following information with respect to each of the holders of its five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if

3

not included in the post office address); the amount of the claim; a brief description and an

estimate of the value of the collateral securing the claim; and an indication of whether the claim

or lien is disputed.  The Debtor's only secured creditor is JPMorgan Chase Bank, NA (the

"**Bank**"), which, as of the commencement of the Debtor's chapter 11 case, has an undisputed

claim in the amount of $2,750,480.98.  The Bank's contact information is as follows:

> JPMorgan Chase Bank, NA
> c/o Platzer, Swergold, Levine,
>  Goldberg, Katz & Jaslow, LLP
> 425 park Avenue
> New York, NY 10022
> Attn: Clifford A. Katz, Esq.

15.    The Bank's claim is secured under a loan agreement by substantially all of

the Debtor's property, including its inventory, chattel paper, accounts receivable, general

intangibles, and proceeds or products thereof.  The Bank's claim is further secured by a security

interest in substantially all of the property of each of the Stores, including inventory, chattel paper,

accounts, equipment, general intangibles, accessions, attachments, accessories, tools, parts,

supplies, replacements and additions, instruments, rents, monies, payments, all rights arising out of

sale, lease or any disposition thereof, and all proceeds thereof.  The book value of the Debtor's

property securing the Bank's claim has an estimated value of $10.7 million.

16.    Pursuant to Local Rule 1007-2(a)(6), the Debtor is required to set

forth a summary of its assets and liabilities.  A summary of the Debtor's assets and

liabilities is set forth in Exhibit "B" attached hereto.

17.    Pursuant to Local Rule 1007-2(a)(7), the Debtor is required to disclose

whether any of its securities are publicly held.  None of the Debtor's securities are publicly held.

18.    Pursuant to Local Rule 1007-2(a)(8), the Debtor is required to set forth

a list of all property in the possession or custody of any custodian, public officer, mortgagee,

pledgee, assignee of rents, secured creditor, or agent for any such entity, giving the name,

address, and telephone number of such entity, and the location of the court in which any

proceeding relating thereto is pending.  None of the Debtor's property is so held.

19.    Pursuant to Local Rule 1007-2(a)(9), the Debtor is required to set forth a

list of the premises owned, leased, or held under other arrangement from which it operates its

business.  The Debtor leases its offices, which are located at 1407 Broadway, New York, NY,

10018.

20.    Pursuant to Local Rule 1007-2(a)(10), the Debtor is required to disclose

the location of its substantial assets, the location of its books and records, and the nature,

location, and value of any assets held by the Debtor outside the territorial limits of the United

States.  The Debtor's primary assets are its inventory and its accounts receivable.  The Debtor's

inventory is housed in a warehouse located at 165-24 Jamaica Avenue, Jamaica, NY 11432.

21.    Pursuant to Local Rule 1007-2(a)(11), the Debtor is required to set forth

a list of the nature and present status of each action or proceeding, pending or threatened,

against it or its property where a judgment against it or a seizure of its property may be

imminent.  Such information is set forth in Exhibit "C" attached hereto.

22.    Pursuant to Local Rule 1007-2(a)(12), the Debtor is required to disclose

the names of the individuals who comprise its respective existing senior management, their

tenure, and a brief summary of their relevant responsibilities and experience.  I am the sole

officer of the Debtor and have been so since its inception in 1992.  I am responsible for

purchasing inventory for the Stores and oversee all company operations.  Victor Lavy is the

Manager of the Debtor and has been so since its inception in 1992.  Mr. Lavy is the Debtor's

5

field supervisor.  Nissim Nigri also is a Manager of the Debtor.  He has worked for the Debtor since October 2010 and is responsible for buying inventory and managing the Debtor's office.

23.    Pursuant to Local Rule 1007-2(b)(1)-(2)(A), the Debtor is required to disclose the estimated amount of weekly payroll to employees (not including officers, directors, and stockholders) and the estimated amount to be paid to officers, stockholders, directors, and financial and business consultants retained by it for the 30-day period following the filing of its chapter 11 petition.  Pursuant to Local Rule 1007-2(b)(3), the Debtor also is required to disclose for the 30-day period following the filing of its chapter 11 petition, a list of its estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.  All such information is set forth in the interim 30-day budget attached hereto as Exhibit "D."

/s/ Albert Nigri
Albert Nigri, President

6

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Pretty Girl, Inc., Debtor            Chapter 11            Case No.

LIST OF ALL CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim |
|---|---|---|---|---|
| Osama Hazza Saleh c/o Law Offices of Frederick K. Brewington 556 Peninsula Blvd Hempstead, NY 11550 Attn: Frederick K. Brewington, Esq. | Law Offices of Frederick K. Brewington 556 Peninsula Blvd Hempstead, NY 11550 Attn: Frederick K. Brewington, Esq. (516) 489-6959 | Judgment | | $3,365,000.00 |
| Mega Wear 1407 Broadway Suite 2310 New York, NY 10018 | Mega Wear 1407 Broadway Suite 2310 New York, NY 10018 | Trade debt | | $1,283,566.02 |
| One Step Up 1412 Broadway A/R Dept New York, NY 10018 | One Step Up 1412 Broadway A/R Dept New York, NY 10018 | Trade debt | | $312,187.90 |
| Celebrity Pink c/o Thompson Coburn LLP 2029 Century Park East Suite 1900 Los Angeles, CA 90067 | Celebrity Pink c/o Thompson Coburn LLP 2029 Century Park East Suite 1900 Los Angeles, CA 90067 Mitchell N. Reinis, Esq. (310) 282-2500 | Trade debt | Disputed | $211,663.00 |

| | | | | |
|---|---|---|---|---|
| Louise Paris Ltd.<br>1407 Broadway<br>Suite 1405<br>New York, NY 10018 | Louise Paris Ltd.<br>1407 Broadway<br>Suite 1405<br>New York, NY 10018 | Trade debt | | $199,734.89 |
| Exist, Inc.<br>c/o Todd I. Stone, Esq.<br>101 NE Third Avenue, Suite 1270<br>Fort Lauderdale, FL 33301 | Exist, Inc.<br>c/o Todd I. Stone, Esq.<br>101 NE Third Avenue, Suite 1270<br>Fort Lauderdale, FL 33301 | Judgment | | $193,328.86 |
| G & S Off Price, Inc.<br>2120 E. 52nd Street<br>Vernon, CA 90058 | G & S Off Price, Inc.<br>2120 E. 52nd Street<br>Vernon, CA 90058 | Trade debt | | $173,675.04 |
| Grip Collections, Inc.<br>1407 Broadway<br>Suite 2507<br>New York, NY 10018 | Grip Collections, Inc.<br>1407 Broadway<br>Suite 2507<br>New York, NY 10018 | Trade debt | | $140,223.60 |
| Nines Enterprises LLC<br>52-07 Flushing Ave.<br>Ground Floor<br>Maspeth, NY 11378 | Nines Enterprises LLC<br>52-07 Flushing Ave.<br>Ground Floor<br>Maspeth, NY 11378 | Trade debt | | $132,062.97 |
| Deals 4 All Seasons Inc.<br>1620 E. 22nd Street<br>Los Angeles, CA 90011 | Deals 4 All Seasons Inc.<br>1620 E. 22nd Street<br>Los Angeles, CA 90011 | Trade debt | | $119,704.98 |
| YMI Jeans, Inc.<br>RV Distribution, LLC<br>1015 S. Wall St. Suite 115<br>Los Angeles, CA 90015 | YMI Jeans, Inc.<br>RV Distribution, LLC<br>1015 S. Wall St. Suite 115<br>Los Angeles, CA 90015 | Trade debt | | $113,116.50 |
| David's Place<br>1155 South Boyle Avenue<br>Los Angeles, CA 90023 | David's Place<br>1155 South Boyle Avenue<br>Los Angeles, CA 90023 | Trade debt | | $111,528.30 |
| Ultimate Offprice<br>1615 E 15th Street<br>Los Angeles, CA 90021 | Ultimate Offprice<br>1615 E 15th Street<br>Los Angeles, CA 90021 | Trade debt | | $106,478.83 |

| | | | | |
|---|---|---|---|---|
| Amby International Inc.<br>1460 East 12th Street<br>Brooklyn, NY 11230 | Amby International Inc.<br>1460 East 12th Street<br>Brooklyn, NY 11230 | Trade debt | | $106,100.67 |
| Wrag Time Air Freight<br>400 White Horse Pike<br>Hadon Pikes, NJ 08035 | Wrag Time Air Freight<br>400 White Horse Pike<br>Hadon Pikes, NJ 08035 | Trade debt | | $102,874.43 |
| YMI Jeanswear Inc.<br>1155 S. Boyle Avenue<br>Los Angeles, CA 90023 | YMI Jeanswear Inc.<br>1155 S. Boyle Avenue<br>Los Angeles, CA 90023 | Trade debt | | $102,654.00 |
| Deals Wholesale Corp.<br>1 Passaic Street<br>Unit 76S<br>Wood Ridge, NJ 07075 | Deals Wholesale Corp.<br>1 Passaic Street<br>Unit 76S<br>Wood Ridge, NJ 07075 | Trade debt | | $96,220.20 |
| L.A. Printex Industries, Inc.<br>c/o Steger Krane LLP<br>1601 Broadway, 12th Floor<br>New York, NY 10019 | L.A. Printex Industries, Inc.<br>c/o Steger Krane LLP<br>1601 Broadway, 12th Floor<br>New York, NY 10019<br>Michael D. Steger, Esq.<br>(212) 736-6800 | Judgment | | $92,000.00 |
| Watch L.A. Jeans<br>1138 S. Wall St.<br>Los Angeles, CA 90015 | Watch L.A. Jeans<br>1138 S. Wall St.<br>Los Angeles, CA 90015 | Trade debt | | $90,389.50 |
| Jaxi's II Inc.<br>1407 Broadway<br>Suite 2300<br>New York, NY 10018 | Jaxi's II Inc.<br>1407 Broadway<br>Suite 2300<br>New York, NY 10018 | Trade debt | | $86,833.00 |

3

# EXHIBIT B

# PRETTY GIRL, INC.
## Balance Sheet
### As of June 30, 2014

|  | Jun 30, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1808 · Cash on Hand | 7,673.61 |
| 1000 · Chase-Checking (8065) | 33,444.94 |
| 1001 · Chase M/M- #91910414765 | 20,002.34 |
| 1002 · Chase-MM 3065 | 357.53 |
| 1007 · HSBC-MM 678-62417-8 | 139.11 |
| **Total Checking/Savings** | 61,617.53 |
| | |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 6,172,230.09 |
| **Total Accounts Receivable** | 6,172,230.09 |
| | |
| **Other Current Assets** | |
| 1200 · Inventory | 500,000.00 |
| **Total Other Current Assets** | 500,000.00 |
| | |
| **Total Current Assets** | 6,733,847.62 |
| | |
| **Fixed Assets** | |
| 1560 · Telephone Equipment | 7,251.15 |
| 1561 · Trucks | 62,978.14 |
| 1562 · Furniture & Fixtures | 134,006.02 |
| 1563 · Sign | 17,443.17 |
| 1565 · Equipment | 70,591.02 |
| 1567 · Safe | 3,000.00 |
| 1570 · Leasehold improvements | 177,225.55 |
| 1575 · Warehouse equipment | 120,000.00 |
| 1590 · Computer equipment | 696,606.38 |
| 1599 · Accum Depreciation | -1,084,878.24 |
| **Total Fixed Assets** | 204,223.19 |
| | |
| **Other Assets** | |
| 1951 · Loans & Exchanges | -500.77 |
| 1802 · Due From/To Affiliated Co. | |
| 1809 · (95) Due - PG of 730 Flatbush | 6,855.67 |
| 1807 · Due to/from Management | 1,112.00 |
| 1893 · (93) Due - 35-53 Junction Blvd | 28,870.00 |
| 1892 · (92) Due - PG of Knickebocker | 7,941.83 |
| 1891 · (WH) Due - MW Warehouse Leasing | 11,000.00 |
| 1890 · (IM) Due - MW IMPORT WH | -27,661.65 |
| 1888 · (91) Due - 241 Utica Ave Corp. | 58,607.44 |
| 1887 · (90) Due - PG of West 125th Str | 28,408.01 |
| 1884 · (87) Due - PG of Jersey City | 25,600.00 |

6,733,847.62

# PRETTY GIRL, INC.
## Balance Sheet
### As of June 30, 2014

|  | Jun 30, 14 |
|---|---|
| 1883 · (84) Due - PG OF FordCity Mall | 1,141.00 |
| 1882 · (WEB) Due ShopPrettyGirl.com | 8,400.00 |
| 1880 · (85) Due - of PG of Fulton Mall | 29,950.00 |
| 1879 · (LA) Due - PGLA Sports Wear | 2,113,291.80 |
| 1869 · Due From 1245 LLC | -2,700.00 |
| 1868 · (71)Due - PG of 3810 Bergenline | 4,600.00 |
| 1854 · (75) Due - PG of 444-446 86 St. | 2,625.00 |
| 1855 · (58) Due - PG of Newark LTD. | 50,479.79 |
| 1856 · (63) Due - 165-24 Jamaica Ave | 82,800.00 |
| 1866 · (94) Due - 2891 3rd Ave Corp. | 105,455.00 |
| 1863 · (76) Due - PG of 514-516 Fulton | 193,700.00 |
| 1857 · (NY) Due - PGNY, Inc. | -23,807.49 |
| 1805 · (MW) Due - Mega Wear | 67,494.19 |
| 1810 · (2) Due - 1168 Liberty Corp. | 41,500.00 |
| 1812 · (HS) Due - High Styles | 12,250.19 |
| 1815 · (10) Due - 31-70 Steinway Corp. | 16,371.62 |
| 1817 · (14) Due - 947 S Corp. | 14,300.00 |
| 1820 · (20) Due - 72 Fashions Corp. | 36,700.00 |
| 1821 · (21) Due - Roosevelt Fashions | 250,150.00 |
| 1822 · (22) Due - PG of Fordham Corp. | 125,400.00 |
| 1825 · (37) Due - PG of Woodbridge | 73,500.00 |
| 1828 · (34) Due - 1592 Pitkin Ave Corp | 25,100.00 |
| 1829 · (36) Due - PG of Flatbush Corp. | 11,794.33 |
| 1830 · (38) Due - PG of Mount Vernon | 41,364.43 |
| 1831 · (39) Due - PG of Jerome Corp. | 40,400.00 |
| 1832 · (42) Due - PG of 2174 WPR Corp. | 58,500.00 |
| 1833 · (29) Due - PG of 1245 Fulton | 44,026.55 |
| 1838 · (47) Due - PG of Perth Amboy | 13,500.00 |
| 1842 · (53) Due - PG of 116 Corp. | 84,500.00 |
| 1843 · (59) Due - PG of Junction LTD. | 24,963.12 |
| 1847 · (61) Due - 1566 Flatbush Ave | 16,365.72 |
| 1859 · (98) Due - PG of 27 Graham Ave | 22,500.00 |
| 1864 · (96) Due - PG of 412 Broadway | 84,500.00 |
| 1802 · Due From/To Affiliated Co. - Other | 10,050.00 |
| Total 1802 · Due From/To Affiliated Co. | 3,821,898.55 |
|  |  |
| 1896 · MISCELLANEOUS TRANSFER | 5,000.00 |
| Total Other Assets | 3,826,397.78 |
|  |  |
| TOTAL ASSETS | 10,764,468.59 |

10,764,468.59

LIABILITIES & EQUITY
Liabilities
Current Liabilities
Accounts Payable

# PRETTY GIRL, INC.
## Balance Sheet
### As of June 30, 2014

|  | Jun 30, 14 |
|---|---:|
| **2000 · Accounts Payable** | 4,215,324.59 |
| **2001 · A/P- non-trade** | 430.00 |
| **Total Accounts Payable** | 4,215,754.59 |
|  |  |
| **Credit Cards** |  |
| 1010102 · JPMorgan Chase Credit Card | 146,074.12 |
| 1010101 · American Express | 26,221.16 |
| **Total Credit Cards** | 172,295.28 |
|  |  |
| **Other Current Liabilities** |  |
| 2100 · Payroll Liabilities-Federal | 2,000.31 |
| 2110 · NYS and NYC W/T payable | -874.46 |
| 2301 · NYS Corp Tax Payable | -1,125.00 |
| 2302 · NYC Corp Tax Payable | -17,479.00 |
| 2500 · Chase-line of credit | 1,780,020.00 |
| 2511 · Term Loan Payable-Chase | 970,460.98 |
| **Total Other Current Liabilities** | 2,733,002.83 |
|  |  |
| **Total Current Liabilities** | 7,121,052.70 |
|  |  |
| **Long Term Liabilities** |  |
| 2800 · Legal Judgements | 3,365,000.00 |
| 2900 · Due to Officer | 1,788,652.83 |
| **Total Long Term Liabilities** | 5,153,652.83 |
|  |  |
| **Total Liabilities** | 12,274,705.53 |
|  |  |
| **Equity** |  |
| 3010 · Common stock | 200,000.00 |
| 3040 · Retained Earnings | 4,234,028.68 |
| 3050 · Distributions |  |
| 1899 · due from 1168 Liberty LLC | 89,295.00 |
| 1898 · Due from /1245 Fulton LLC | -78,634.50 |
| 3050 · Distributions - Other | -54,539.61 |
| **Total 3050 · Distributions** | -43,879.11 |
|  |  |
| Net Income | -4,336,950.06 |
| **Total Equity** | 53,199.51 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 10,764,468.59 |

(4,336,950.06)

# EXHIBIT C

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION |
|---|---|---|
| Italian Fabrics, Inc. v. Pretty Girl, Inc., et al. Case No. 14K07562 | Breach of Contract | Superior Court of the State of California County of Los Angeles |
| 2253 Apparel Inc. d/b/a Celebrity Pink and Cavern Club, LLC d/b/a Liverpool v. Pretty Girl, Inc., et al. Case No. BC537608 | Breach of Contract | Superior Court of the State of California County of Los Angeles, Central District |
| Exist, Inc. v. Pretty Girl, Inc. Case No. CACE 12035258 (21) | Breach of Contract | Circuit Court of the 17th Circuit Broward County, Florida |
| Grand Tex Inc. v. Pretty Girl, Inc. Case No. BC545501 | Breach of Contract | Superior Court of the State of California County of Los Angeles, Central District |
| L.A. Printex Industries, Inc. v. Pretty Girl, Inc., et al. Case No. 09-cv-4206 | Copyright Infringement | United States District Court Southern District of New York |
| Roommates, Inc. v. Pretty Girl, Inc. Index No. 007128 | Breach of Contract | Civil Court of the City of New York County of New York |
| Erik Martinez v. PI Associates, LLC and Pretty Girl, Inc. Index No. 8940/2013 | Negligence | Supreme Court of the State of New York County of Queens |
| Tanya Williams v. Pretty Girl, Inc. Index No. 507632/2013 | Negligence | Supreme Court of the State of New York County of Kings |
| Osama Hazza Saleh v. Pretty Girl Inc., et al. Case No. 09-cv-1769 | Title VII, Negligence | United States District Court Eastern District of New York |
| Carmen Gonzalez v. Fordham Grand LLC and Pretty Girl Inc. Index No. 22150/2014E | Negligence | Supreme Court of the State of New York County of Bronx |
| Chasity A. Brun v. Pretty Girl, Inc. Index No. 772/14 | Negligence | Supreme Court of the State of New York County of Queens |
| Prince International Corporation v. Pretty Girl, Inc., et al. Index No. 007134 | Breach of Contract | Civil Court of the City of New York County of New York |
| Victoria Gonzaga and Remijo Gonzaga v. Larimar Management, LLC, Pretty Girl, Inc. and Marvin Nobel Index No. 702052/14 | Negligence | Supreme Court of the State of New York County of Queens |

# EXHIBIT D

**PRETTY GIRL, INC.**
**CASH BUDGET**

| | | Week Beginning | 07/01/14 | 07/08/14 | 07/15/14 | 07/22/14 |
|---|---|---|---|---|---|---|
| | | Week Ending | 07/07/14 | 07/14/14 | 07/21/14 | 07/28/14 |
| **Sales** | | | | | | |
| Pretty Girl Sales to Stores | | | 300,000.00 | 375,000.00 | 350,000.00 | 350,000.00 |
| . | | | | | | |
| **Balance Beginning** | | | - | 47.99 | 56,020.56 | 127,440.35 |
| **Receipts** | | | | | | |
| A/R - Stores | | | 155,741.00 | 490,062.02 | 516,446.17 | 488,893.33 |
| Truck Rental Income | | | 5,650.48 | | | |
| Other Income | | | | 2,000.00 | | |
| **Total Receipts** | | | 161,391.48 | 492,062.02 | 516,446.17 | 488,893.33 |
| **Disbursements** | | | | | | |
| **Inventory Payments** | | | | | | |
| Purchases | | | 100,000.00 | 400,000.00 | 400,000.00 | 400,000.00 |
| Freight-In (offset to Truck rent Income) | | | 5,650.48 | | | |
| Freight-In | | | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| **Inventory Payments** | | | 105,650.48 | 400,000.00 | 400,000.00 | 400,000.00 |
| **Operational Disbursements** | | | | | | |
| **Payroll, Net** | | | | | | |
| Officer's Salary | | | 6,407.77 | 6,407.77 | 6,407.77 | 6,407.77 |
| Salaries and wages | | | 2,132.59 | 2,132.59 | 2,132.59 | 2,132.59 |
| **Payroll Taxes** | | | | | | |
| Withheld | | | 2,975.03 | 2,975.03 | 2,975.03 | 2,975.03 |
| Company paid | | | 391.94 | 391.94 | 391.94 | 391.94 |
| Payroll- service fees | PGNY Sportware Inc. | | 5,589.86 | 5,974.21 | 5,249.86 | 6,302.15 |
| | (Affiliate) | | | | | |
| Taxi/Metrocard | Estimate | | - | - | - | 100.00 |
| Supplies-Samples | | | | | | |
| Toll and Parking | Estimate | | 100.00 | 100.00 | 100.00 | 100.00 |
| Truck lease payment | Hitachi | | 3,528.49 | - | | |
| Auto Lease | Cadillac | | 1,051.71 | - | | |
| | Tahoe | | 690.00 | - | | |
| | BMW | | 529.98 | - | | |
| | Lincoln | | - | - | 759.49 | |
| | Lexus | | - | 549.98 | | |
| | Lexus | | - | 984.72 | | |
| Gasoline | Estimate | | 650.00 | 650.00 | 650.00 | 650.00 |
| Interest Expense-Bank | | | - | - | 7,850.00 | - |
| Bank Service Charges | | | - | - | - | - |
| Dues and Subscriptions | | | - | - | - | - |
| Equipment Rental | Konika/Minolta | | - | - | 1,209.71 | - |
| Health Insurance | | | 8,946.31 | | - | - |
| Auto Insurance | | | 3,283.96 | 258.03 | - | - |
| Workers Comp | | | - | 2,165.18 | - | - |
| Postage and Delivery | Estimate | | - | 300.00 | - | - |
| Computer Services | Xport TV Inc. | | - | - | 3,000.00 | |
| Rent | 1407 Broadway | | 7,415.37 | - | - | - |
| Computer software/hardware | Estimate | | - | 200.00 | - | - |
| Telephone & Internet | MegaPath | | - | - | 2,300.00 | - |
| Travel & Ent | Estimate | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Accounting | (Subject to Court Order) | | - | - | - | - |
| Legal Fees | (Subject to Court Order) | | - | - | - | - |
| Warehouse- Supply/Expense | MW Warehouse | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| | (Affiliate) | | | | | |
| Supplies-Office | Estimate | | - | 1,000.00 | - | 1,000.00 |
| US Trustee Fee | | | | | | |
| **Operating Disbursements** | | | 55,693.01 | 36,089.45 | 45,026.39 | 32,059.48 |
| **Total Disbursements** | | | 161,343.49 | 436,089.45 | 445,026.39 | 432,059.48 |
| **Excess (Deficit) Funds** | | | 47.99 | 55,972.57 | 71,419.78 | 56,833.85 |
| **Ending Balance** | | | 47.99 | 56,020.56 | 127,440.35 | 184,274.20 |

## CERTIFICATE OF CORPORATE RESOLUTIONS
## OF PRETTY GIRL, INC.

The undersigned, the President of Pretty Girl, Inc., a corporation organized under the laws of the state of New York (the "**Company**"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "**Board**"), and they have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

RESOLVED, that the President and any other person designated and so authorized to act (each, an "**Authorized Officer**") be, and hereby are, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, New York 10017-2803, is hereby employed as attorneys for the Company in the Company's chapter 11 case; and it is further

RESOLVED, that each Authorized Officer be, and hereby is, authorized on behalf of the Company to execute and file all petitions, schedules, motions, lists, applications, and other papers and to take and perform any and all action which he/she may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that any and all past actions heretofore taken by each Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of July 2014.

Pretty Girl, Inc.

By: _____
    Albert Nigri, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Pretty Girl, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Amby International Inc.**<br>**1460 East 12th Street**<br>**Brooklyn, NY 11230** | **Amby International Inc.**<br>**1460 East 12th Street**<br>**Brooklyn, NY 11230** | **Trade debt** | | **106,100.67** |
| **Celebrity Pink**<br>**c/o Thompson Coburn LLP**<br>**2029 Century Pk East, Ste 1900**<br>**Los Angeles, CA 90067** | **Celebrity Pink**<br>**c/o Thompson Coburn LLP**<br>**2029 Century Park East, St**<br>**Los Angeles, CA 90067** | **Trade debt** | **Disputed** | **211,663.00** |
| **David's Place**<br>**1155 South Boyle Ave.**<br>**Los Angeles, CA 90023** | **David's Place**<br>**1155 South Boyle Ave.**<br>**Los Angeles, CA 90023** | **Trade debt** | | **111,528.30** |
| **Deals 4 All Seasons Inc**<br>**1620 E. 22nd Street**<br>**Los Angeles, CA 90011** | **Deals 4 All Seasons Inc**<br>**1620 E. 22nd Street**<br>**Los Angeles, CA 90011** | **Trade debt** | | **119,704.98** |
| **Deals Wholesale Corp.**<br>**1 Passaic Street**<br>**Unit 76S**<br>**Wood Ridge, NJ 07075** | **Deals Wholesale Corp.**<br>**1 Passaic Street**<br>**Unit 76S**<br>**Wood Ridge, NJ 07075** | **Trade debt** | | **96,220.20** |
| **Exist, Inc.**<br>**c/o Todd I. Stone, Esq.**<br>**101 NE Third Ave., Suite 1270**<br>**Fort Lauderdale, FL 33301** | **Exist, Inc.**<br>**c/o Todd I. Stone, Esq.**<br>**101 NE Third Ave., Suite 1270**<br>**Fort Lauderdale, FL 33301** | | | **193,328.86** |
| **G & S Off Price, Inc.**<br>**2120 E. 52ND Street**<br>**Vernon, CA 90058** | **G & S Off Price, Inc.**<br>**2120 E. 52ND Street**<br>**Vernon, CA 90058** | **Trade debt** | | **173,675.04** |
| **Grip Collections, Inc.**<br>**1407 Broadway**<br>**Suite 2507**<br>**New York, NY 10018** | **Grip Collections, Inc.**<br>**1407 Broadway**<br>**Suite 2507**<br>**New York, NY 10018** | **Trade debt** | | **140,223.60** |
| **Jaxi's II Inc.**<br>**1407 Broadway**<br>**Suite 2300**<br>**New York, NY 10018** | **Jaxi's II Inc.**<br>**1407 Broadway**<br>**Suite 2300**<br>**New York, NY 10018** | **Trade debt** | | **86,833.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Pretty Girl, Inc.**                                    Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| L.A. Printex Industries<br>c/o Steger Krane LLP<br>1601 Broadway, 12th Floor<br>New York, NY 10019 | L.A. Printex Industries<br>c/o Steger Krane LLP<br>1601 Broadway, 12th Floor<br>New York, NY 10019 | Trade debt | Disputed | 92,000.00 |
| Louise Paris Ltd.<br>1407 Broadway<br>Suite 1405<br>New York, NY 10018 | Louise Paris Ltd.<br>1407 Broadway<br>Suite 1405<br>New York, NY 10018 | Trade debt | | 199,734.89 |
| Mega Wear<br>1407 Broadway<br>Suite 2310<br>New York, NY 10018 | Mega Wear<br>1407 Broadway<br>Suite 2310<br>New York, NY 10018 | Trade debt | | 1,283,566.02 |
| Nines Enterprises LLC.<br>52-07 Flushing Ave.<br>Ground Floor<br>Maspeth, NY 11378 | Nines Enterprises LLC.<br>52-07 Flushing Ave.<br>Ground Floor<br>Maspeth, NY 11378 | Trade debt | | 132,062.97 |
| One Step Up<br>A/R Dept.<br>1412 Broadway<br>New York, NY 10018 | One Step Up<br>A/R Dept.<br>1412 Broadway<br>New York, NY 10018 | Trade debt | | 312,187.90 |
| Osama Hazza Saleh<br>c/oFrederick K Brewington, Esq<br>556 Peninsula Blvd<br>Hempstead, NY 11550 | Osama Hazza Saleh<br>c/oFrederick K Brewington, Esq<br>556 Peninsula Blvd<br>Hempstead, NY 11550 | Judgment | | 3,365,000.00 |
| Ultimate Offprice<br>1615 E 15th Street<br>Los Angeles, CA 90021 | Ultimate Offprice<br>1615 E 15th Street<br>Los Angeles, CA 90021 | Trade debt | | 106,478.83 |
| Watch L.A. Jeans<br>1138 S. Wall St.<br>Los Angeles, CA 90015 | Watch L.A. Jeans<br>1138 S. Wall St.<br>Los Angeles, CA 90015 | Trade debt | | 90,389.50 |
| Wrag Time Air Freight<br>400 White Horse Pike<br>Hadon Pikes, NJ 08035 | Wrag Time Air Freight<br>400 White Horse Pike<br>Hadon Pikes, NJ 08035 | Trade debt | | 102,874.43 |
| YMI Jeans, Inc.<br>RV Distribution, LLC<br>1015 S. Wall St. Suite 115<br>Los Angeles, CA 90015 | YMI Jeans, Inc.<br>RV Distribution, LLC<br>1015 S. Wall St. Suite 115<br>Los Angeles, CA 90015 | Trade debt | | 113,116.50 |
| YMI Jeanswear Inc.<br>1155 S. Boyle Avenue<br>Los Angeles, CA 90023 | YMI Jeanswear Inc.<br>1155 S. Boyle Avenue<br>Los Angeles, CA 90023 | Trade debt | | 102,654.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Pretty Girl, Inc.**                                          Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July  2, 2014**                          Signature    **/s/ Albert Nigri**
                                                                 **Albert Nigri**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

1BESTDEAL4LESS
122 E. 14TH STREET
LOS ANGELES, CA 90015


5TH AVENUE INTIMATE, INC.
1020 E 48TH STREET
BROOKLYN, NY 11203


A.V. DENIM, INC.
1407 BROADWAY
FLOOR 32
NEW YORK, NY 10018


ACCESSORY LEADERS
10 W 33RD STREET
STE. 416
NEW YORK, NY 10001


ADAMS. BEAMER & CROSS
LEGAL FORWARDING DEPT.
629 FRANKLIN AVE.
FRANKLIN SQUARE, NY 11010


ADDICTED 2 U, INC.
2422 TOTTINGHAM RD
HENDERSON, NV 89074


ADMIRAL AIR CONDITIONING, INC.
130-12 90TH AVENUE
RICHMOND HILL, NY 11418


AGAIN TRADING CORP.
1239 BROADWAY 12TH FLOOR
NEW YORK, NY 10001


ALMOST NOTHING, INC.
1620 S. LOS ANGELES ST
UNIT # C
LOS ANGELES, CA 90015


AMBY INTERNATIONAL INC.
1460 EAST 12TH STREET
BROOKLYN, NY 11230

AMERICAN ATTITUDE
1410 BROADWAY
STE. 2400
NEW YORK, NY 10018


AMERICAN FUSION, INC.
796 E 14TH PLACE
LOS ANGELES, CA 90021


BAMBOO JEANS CORP.
28 W 36TH STREET
NEW YORK, NY 10018


BEDERSON LLP
SEAN RAQUET, CPA, CFE
374 MT. PLEASANT AVENUE
WEST ORANGE, NJ 07052


BJ JEWELS, LLC
1222 46TH STREET
BROOKLYN, NY 11219


BLITZ TRANSPORTATION SERVICES
1154 60TH STREET
BROOKLYN, NY 11219


BLUE GALAXY
2369 E 51ST STREET
VERNON, CA 90058


BONAGE
770 E 12TH STREET
LOS ANGELES, CA 90021


BOULEVARD
2707 S. ALAMEDA STREET
LOS ANGELES, CA 90058


BUZZ JEANS
1407 BROADWAY
SUITE #1901
NY, NY 10018

BWACY TRADING INC.
945 FLUSHING AVE
BROOKLYN, NY 11206


CALVALINI INC.
D/B/A CI SONO
1536 SOUTH ALAMEDA ST.
LOS ANGELES, CA 90021


CARMEN GONZALEZ
C/O GREENSTEIN & MILBAUER, LLP
1825 PARK AVENUE, 9TH FLOOR
NEW YORK, NY 10035


CELEBRITY PINK
C/O THOMPSON COBURN LLP
2029 CENTURY PK EAST, STE 1900
LOS ANGELES, CA 90067


CENTRAL DENIM LLC
1410 BROADWAY # 2901
NEW YORK, NY 10018


CHASTITY A. BRUN
C/O RUBENSTEIN & RYNECKI, ESQS
16 COURT ST., STE 1717
BROOKLYN, NY 11241


CHERRY STIX LTD.
1407 BROADWAY
SUITE 1202
NEW YORK, NY 10018


CITY OF NEW YORK
AFFIRMATIVE LITIGATION DIVISION
100 CHURCH STREET
NEW YORK, NY 10007


CLEO APPAREL
1100 S SAN PEDRO STREET
E10-E11
LOS ANGELES, CA 90015

CONNECTION 18 BY SICURA INC.
1407 BROADWAY
SUITE 2201
NEW YORK, NY 10018


DAILY WEAR SPORTSWEAR CORP.
2314 MCDONALD AVE.
BROOKLYN, NY 11223


DAVID'S PLACE
1155 SOUTH BOYLE AVE.
LOS ANGELES, CA 90023


DEALS 4 ALL SEASONS INC
1620 E. 22ND STREET
LOS ANGELES, CA 90011


DEALS WHOLESALE CORP.
1 PASSAIC STREET
UNIT 76S
WOOD RIDGE, NJ 07075


DOSIS FRANGRANCE
2 SKILLMAN ST. SUITE 304
BROOKLYN, NY 10018


DYNASTY FASHIONS, INC.
1706 S. MAPLE AVENUE
LOS ANGELES, CA 90015


ELECTRONIC CONCEPT
2082 NEWBRIDGE ROAD
BELLMORE, NY 11710


ELITE ELECTRIC
32 SPENCER PLACE
GARFIELD, NJ 07026


ELIZABETH CUTHBERTSON
C/O LEAV & STEINBERG LLP
140 BROADWAY, SUITE 3601
NEW YORK, NY 10005

EMBY HOSIERY CORP.
3905 SECOND AVE
BROOKLYN, NY 11232


ERIK MARTINEZ
C/O MALLILO & GROSSMAN, ESQS.
163-09 NORTHERN BLVD
FLUSHING, NY 11358


EXCELL BRANDS LLC
3 INDEPENDENCE WAY
PRINCETON, NJ 08540


EXIST, INC.
C/O TODD I. STONE, ESQ.
101 NE THIRD AVE., SUITE 1270
FORT LAUDERDALE, FL 33301


EXTRA TOUCH
1407 BROADWAY
SUITE 1202
NEW YORK, NY 10018


FASHION INTERACTION, LLC
2100 EAST 25TH STREET
LOS ANGELES, CA 90058


FASHION ROAD INC.
1407 BROADWAY
STE. 1811
NEW YORK, NY 10018


G & S OFF PRICE, INC.
2120 E. 52ND STREET
VERNON, CA 90058


GLOBAL ACCESSORIES PLUS CORP
220 36TH STREET
STE. B 438
BROOKLYN, NY 11232


GRAND TEX INC.
C/O WHITEBECK, KOOSHKI, ET AL
21515 HAWTHORNE BLVD, STE 1065
TORRANCE, CA 90503

GRIP COLLECTIONS, INC.
1407 BROADWAY
SUITE 2507
NEW YORK, NY 10018


HADDAD INTERNATIONAL LLC
330 HURST STREET
LINDEN, NJ 07036


HIGHWAY JEANS
1407 BROADWAY
SUITE 1405
NEW YORK, NY 10018


IDA TOURAYV METROVEST EQUITIES
C/O SCOTT J. ZLOTOLOW, ESQ.
270 WEST MAIN STREET
SAYVILLE, NY 11782


IN & OUT FASHION
1413 LOS ANGELES ST.
LOS ANGELES, CA 90015


INTIMATES EXPRESS USA INC
45 OSWEGO STREET
STATEN ISLAND, NY 10301


ITALIAN FABRICS, INC.
C/O NICO N. TABIBI, ESQ.
9454 WILSHIRE BLVD.
BEVERLY HILLS, CA 90212-2929


JAXI'S II INC.
1407 BROADWAY
SUITE 2300
NEW YORK, NY 10018


JAYLYN SALES INC.
99 PARK AVENUE
NEW YORK, NY 10016


JBC INDUSTRIES
1571-81 ALBANY AVE.
BROOKLYN, NY 11210

JOSTEL & CO., INC.
1231 BROADWAY. STE 503.
NEW YORK, NY 10001


KNITWORK PRODUCTIONS CORP.
1407 BROADWAY
STE. 2400
NEW YORK, NY 10018


L.A. PRINTEX INDUSTRIES
C/O STEGER KRANE LLP
1601 BROADWAY, 12TH FLOOR
NEW YORK, NY 10019


LIVERPOOL
1708 GAGE RD
MONTEBELLO, CA 90640


LOUISE PARIS LTD.
1407 BROADWAY
SUITE 1405
NEW YORK, NY 10018


LUXURY DESIGNS
240 BROADWAY
BROOKLYN, NY 11211


LYON TRADING
512 SEVENTH AVENUE
37TH FLOOR
NEW YORK, NY 10018


M & A IMPORTS LTD.
7050 NEW HORIZONS BLVD.
NORTH AMITYVILLE, NY 11701


M&R SUPPLIES
1407 BROADWAY
STE # 2321
NEW YORK, NY 10018


M. FRIED STORE FIXTURE
176 FLUSHING AVE.
BROOKLYN, NY 11205

```
MAVERICK APPAREL L.L.C.
112 W 34TH ST., SUITE 830
NEW YORK, NY 10120


MAX IMPORTS, INC.
1407 BROADWAY
STE. 1903
NEW YORK, NY 10018


MEGA GROUP
10 WEST 33RD STREET
ROOM 220
NEW YORK, NY 10001


MEGA TRADING CO.
55 ONDERDONK AVE.
RIDGEWOOD, NY 11385


MEGA WEAR
1407 BROADWAY
SUITE 2310
NEW YORK, NY 10018


MOES WEAR APPAREL, INC.
1020 E 48TH ST.
BROOKLYN, NY 11203


MYSTIC
1188 SOUTH SAN PEDRO
#P
LOS ANGELES, CA 90015


MYSTIQUE APPAREL GROUP INC.
PO BOX 742
MIDTOWN STATION
NEW YORK, NY 10018


NATIONWIDE WHOLESALE
3151 E. 12TH STREET
LOS ANGELES, CA 90023


NEESO JEANS
1407 BROADWAY
STE. 1207
NEW YORK, NY 10018
```

NINES ENTERPRISES LLC.
52-07 FLUSHING AVE.
GROUND FLOOR
MASPETH, NY 11378

NYC DEPT OF FINANCE
PO BOX 5130
KINGSTON, NY 12402-5130

OCEANIC TRADING COMPANY
1006 11TH AVENUE
NEPTUNE, NJ 07753

OCTAVIO CANDRAY

ODIN FASHION CORP.
1239 BROADWAY, ROOM 600
NEW YORK, NY 10001

ONE STEP UP
A/R DEPT.
1412 BROADWAY
NEW YORK, NY 10018

OPPO ORIGINAL CORP.
108-118 BREA CANYON RD.
CITY OF INDUSTRY, CA 91789

OSAMA HAZZA SALEH
C/OFREDERICK K BREWINGTON, ESQ
556 PENINSULA BLVD
HEMPSTEAD, NY 11550

PERFECT IMAGE, LLC
225 W 35TH STREET
NEW YORK, NY 10001

PRINCE LUMBER CO. INC.
404 W 15TH STREET
NEW YORK, NY 10011

PRINCESS OF NY, INC.
1407 BROADWAY
STE. 2319
NEW YORK, NY 10018


PRINTING HOUSE PRESS
10 EAST 39TH ST.
7TH FLOOR
NEW YORK, NY 10016


PRO OFF PRICE
1527 S. LOS ANGELES ST.
# A
LOS ANGELES, CA 90015


PUZZLES ENTERPRISES, INC.
3022 S. GRAND AVE.
LOS ANGELES, CA 90007


R.E.L. INTERNATIONAL INC
37 WEST 47TH STREET
# 301
NEW YORK, NY 10036


REBECA ALDANA
C/O GUERRERO & ROSENGARTEN
363 SEVENTH AVE., 7TH FL
NEW YORK, NY 10001


REEBEE SWIMWEAR
782 E.12TH ST.
LOS ANGELES, CA 90015


REVISE CLOTHING INC
20 HENRY STREET
TETEBORO, NJ 07608


ROOMMATES
C/O JONATHAN GOULD, ESQ.
603 WEST 115TH ST., #198
NEW YORK, NY 10025


SAN JULIAN
770 E.12TH STREET
# 3
LOS ANGELES, CA 90021

SATGURU ENTERPRISES INC.
225 HIGHLAND CROSS
RUTHERFORD, NJ 07070


SAY WHAT
1410 BROADWAY
STE. 2400
NEW YORK, NY 10018


SGR APPAREL CORP.
225 W 35TH STREET
NEW YORK, NY 10001


SHILAT CLOTHING LLC.
2821 S. OLIVE STREET
LOS ANGELES, CA 09007


SILVER OFFICE SUPPLIES
24 LYNCH STREET
STE. 6R
BROOKLYN, NY 11206


SIMEX TRADING CO.
1407 BROADWAY
SUITE 2507
NEW YORK, NY 10018


SMILES FASHION CORP.
1407 BROADWAY
STE. 703
NEW YORK, NY 10018


SPRING NEW YORK INC.
89-14 LIBERTY AVE.
OZONE PARK, NY 11417


STAR RISK CONSULTANTS INC
160 MACLNTYRE LANE
ALLENDALE, NJ 07401


TANYA WILLIAMS
C/O PATTERSON & SCIARRINO, LLP
42-40 BELL BLVD, SUITE 606
BAYSIDE, NY 11361

TESS SPORTSWEAR LTD.
9500 MEILLEUR
SUITE 400
MONTREAL, QC H2N 2B7


THE BEAUTY GROUP
10 W 33RD STREET
STE. 612
NEW YORK, NY 10001


THINKPACKAGE
20 WEST 22ND STREET
SUITE # 511
NEW YORK, NY 10010


TINSELTOWN DENIM COUTURE
3840 WATSEKA AVENUE
CULVER CITY, CA 90232


ULTIMATE OFFPRICE
1615 E 15TH STREET
LOS ANGELES, CA 90021


VICTORIA & REMIJO GONZAGA
C/O RIMLAND & ASSOCIATES
225 BROADWAY, SUITE 1606
NEW YORK, NY 10007


VIJO COUTURE
1100 S. SAN PEDRO ST #0-15
LOS ANGELES, CA 90015


W.B. MASON
59 CENTRE STREET
BROCKTON, MA 02301


WATCH L.A. JEANS
1138 S. WALL ST.
LOS ANGELES, CA 90015


WEST COAST JOBBERS, INC
1508 S. MAIN ST
LOS ANGELES, CA 90015

WESTWOOD FOOTWEAR CORP.
18955 E RAILROAD ST.
CITY OF INDUSTRY, CA 91748


WOW COUTURE
1012 CROCKER ST
LOS ANGELES, CA 90021


WRAG TIME AIR FREIGHT
400 WHITE HORSE PIKE
HADON PIKES, NJ 08035


XPORT TV, INC.
1912 NEW HAVEN COURT
SMYRNA, GA 30080


YMI JEANS, INC.
RV DISTRIBUTION, LLC
1015 S. WALL ST. SUITE 115
LOS ANGELES, CA 90015


YMI JEANSWEAR INC.
1155 S. BOYLE AVENUE
LOS ANGELES, CA 90023


YOU AND ME LEGWEAR, LLC
10 WEST 33RD STREET
STE. 300
NEW YORK, NY 10001