UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: Case No. 14-11979 (SHL)
In re :
:
**PRETTY GIRL, INC.,**    (Chapter 11)
:
Debtor. :
:
------------------------------------------------------------ x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. Osama Hazza Saleh
   72-33 67th Street, Apt. 3L
   Glendale, NY 11385

2. One Step Up, Ltd.
   1412 Broadway, 3rd Floor
   New York, NY 10018
   Attention: Trevor Austin, Director of Credit and Accounts Receivable
   Telephone: (212)-398-1110 ext. 1244
   Fax: (212)-819-1933
   Email: taustin@onestepup.com

3. 2253 Apparel, Inc., d/b/a Celebrity Pink and Cavern Club, LLC d/b/a Liverpool
   1708 Gage Rd.
   Montebello, CA 90640
   Attention: Doron Kadosh, President
   Telephone: (323)-837-9800
   Email:   Doron@celebritypinkusa.com

4. Louise Paris Ltd.
   1407 Broadway, Suite 1602
   New York, NY 10018
   Attention: Serkan Ozgun, Controller
   Telephone: (212)-354-5411
   Fax: (212)-354-0048
   Email:   Serkan@louiseparis.com

5. G&S Off Price, Inc.
   2120 E. 52nd Street
   Vernon, CA 90058
   Attention: Eli Patel, President
   Telephone: (323)-581-9155
   Fax: (323)-581-3311

6. Nines Enterprises, LLC
   5207 Flushing Ave, 1st Floor
   Maspeth, NY 11387
   Telephone: (718)-383-1119
   Fax: (718)-383-1158

7. Ultimate Off Price
   1615 E. 15th St.
   Los Angeles, CA 90021
   Telephone: (213)-744-0400
   Fax: (213)-744-1161

Dated: New York, New York
       July 16, 2014

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                                   By:  /s/ Richard W. Fox
                                        Richard W. Fox
                                        Trial Attorney
                                        201 Varick Street, Suite 1006
                                        New York, New York 10014
                                        Tel. No. (212) 510-0500