COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Tel.: 212-479-6000
Jay R. Indyke
Seth Van Aalten
Jeremy Rothstein

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) |
|  | ) Case No. 14-11979 (SHL) |
| **Pretty Girl, Inc.,** | ) |
|  | ) Chapter 11 |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the proposed attorneys set forth below for the Official Committee of Unsecured Creditors (the "Committee") of Pretty Girl, Inc., hereby appear pursuant to Section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel in this case for the Committee and such counsel hereby request, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Sections 342 and 1109(b) of the Bankruptcy Code, that all copies of all notices and pleadings given or filed in the case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

109023116 v1

        Jay R. Indyke
        Seth Van Aalten
        Jeremy Rothstein
        COOLEY LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 479-6000
        Facsimile: (212) 479-6275
        jindyke@cooley.com
        svanaalten@cooley.com
        jrothstein@cooley.com

        *Proposed Counsel for the Official Committee*
        *of Unsecured Creditors*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

New York, New York
July 21, 2014

        COOLEY LLP

        */s/  Jay R. Indyke*
        Jay R. Indyke
        Seth Van Aalten
        Jeremy Rothstein
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 479-6000
        Facsimile: (212) 479-6275

        *Proposed Counsel for the Official Committee*
        *of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I, Seth Van Aalten hereby certify that on the 21st day of July, 2013, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Documents** to be served upon the Clerk of the United States Bankruptcy Court for the Southern District of New York *via electronic filing*. I further certify that copies of said Notice were also served upon the parties set forth below *via electronic filing*.

Nancy Lynne Kourland, Esq.
Rosen & Associates
747 Third Avenue
New York, New York 10017
*Counsel for the Debtor*

Office of the US Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
Attn: Richard W. Fox, Esq.

/s/      Seth Van Aalten
Seth Van Aalten
Cooley LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

109023116 v1